Chief Justice CASTILLE and Justices SAYLOR, EAKIN, BAER and McCAFFERY join the opinion.

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Ronald Francis PUKSAR, Appellant.**

Supreme Court of Pennsylvania.

Submitted Dec. 24, 2012.

Decided Feb. 19, 2013.

Renee Hurtig Edelman, Federal Community Defender Office, James H. Moreno, Defender Ass'n of Philadelphia, for Appellant.

Melissa Joy Noyes, Berks County Dist. Atty's Office, Amy Zapp, PA Office of Atty. Gen., for Appellee.

BEFORE: CASTILLE (C.J.), SAYLOR, EAKIN, BAER, TODD, MCCAFFERY, ORIE MELVIN, JJ.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of February, 2013, the order of the Court of Common Pleas is **AFFIRMED.**

Justice ORIE MELVIN did not participate in the consideration or decision of this case.

7. Some of the Superior Court's confusion may have resulted from the trial judge's suggestion that, although the jury's verdicts did not shock its conscience, "the jury's verdicts might shock the conscience of the Superior Court, in which case the Superior Court may vacate the judgment of sentence and remand the case for a new trial." Trial Court Opinion at 6–7. As discussed above, however, consideration of whether a verdict shock's the court's conscience is relevant only to a trial court's consideration of a weight of the evidence claim; it is not the standard to be applied by an appellate court on appeal.

8. In light of our holding and dispositions, we need not address the Commonwealth's second and third issues on appeal.